IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:10cv244-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| $7,550.00 IN UNITED STATES CURRENCY, | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to stay the Initial Attorney's Conference as noted in the notice filed herein on March 21, 2011. For the reasons stated in the Government's Motion, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Initial Attorneys Conference is hereby stayed until further order of the Court.

**SO ORDERED**.

Signed: May 9, 2011

David S. Cayer
United States Magistrate Judge