# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv244

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| APPROXIMATELY $7,500.00 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Strike Claim and, in the Alternative Motion for Summary Judgment. Claimant's response to such motion was due to be filed not later than March 15, 2012, and review of the pleadings reveals that no response or request for extension has been filed by claimant or claimant's counsel. For cause, plaintiff has shown that such claimant has failed to respond to supplemental special interrogatories served on claimant Stephene Marcher Patterson as allowed by Supplemental Rule G(6)(a). Finding that claimant has failed to show cause for such failure to respond and has not responded to the motion even though represented by counsel, the court will strike the claim.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Strike Claim (#10) is **GRANTED**, the Alternative Motion for Summary Judgment is **DENIED** without prejudice, and Stephene Marcher Patterson's Claim is **STRICKEN**.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge