IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:10cv244-MOC

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFAULT JUDGMENT OF FORFEITURE |
| ) | |
| APPROXIMATELY $7,550.00 IN ) | |
| UNITED STATES FUNDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture <u>in rem</u> of the Defendant Property was filed on May 27, 2010.

2. Process was fully issued in this action and returned according to law. Pursuant to an Order and Warrant for Arrest <u>in Rem</u>, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov on July 9, 2010 through August 7, 2010.

3. Stephene Marcher Patterson filed a claim herein on June 30, 2010. The Court ordered that claim stricken on March 28, 2010.

4. Based on the verification of Detective Jennifer L. LaFortune of the Charlotte Mecklenburg Police Department, the government has shown that the Defendant Property was used or intended to be used to commit or facilitate the commission of violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801, and that it is therefore subject to forfeiture under 21 U.S.C. § 881.

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: approximately $7,550.00 in United States currency.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: April 9, 2012

Max O. Cogburn Jr.
United States District Judge